1

2

3

4

5

6

7   UNITED STATES DISTRICT COURT

8   NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

9

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; et al., | CASE NO.: C-07-0908 SI |
| Plaintiffs, | **STIPULATION FOR ENTRY OF JUDGMENT & [Proposed] ORDER THEREON** |
| v. | Date: |
| | Time: |
| RAMCON COMPANY, INC., a California Corporation, | Judge: Hon. Susan Illston |
| | Courtroom:    10 |
| | Location: 19th Floor, |
| Defendant. | 450 Golden Gate Ave. |
| | San Francisco, CA 94102 |
| | |
| | Complaint Filed:    02/13/07 |
| | Trial Date:    None set. |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiffs U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; LOCAL UNION 342, PLUMBERS 7 STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above-TRUSTS, (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds") and the Defendant RAMCON COMPANY, INC., a California Corporation that judgment in the above-entitled cause be entered in favor of Plaintiffs against Defendant Ramcon Company, Inc. in the amount of $25,771.65, less sums paid pursuant to the Stipulation for Contingent Order of Dismissal entered herein.

IT IS SO STIPULATED.

Dated: 9/5/200 7

Respectfully Submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. DeNARDO
Attorney for Plaintiffs

Dated: _____

RAMCON COMPANY, INC.

By: _____
MIKE SMITH

Case No. C-07-0908 SI
STIPULATION FOR ENTRY OF JUDGMENT &
[PROPOSED] ORDER THEREON

1    IT IS HEREBY STIPULATED by and between Plaintiffs U.A. LOCAL 342 JOINT

2  LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES

3  PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE

4  TRUST; LOCAL UNION 342, PLUMBERS 7 STEAMFITTERS, UNITED ASSOCIATION OF

5
   JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY
6
   OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP
7
8  & TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above-TRUSTS,

9  (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds") and the Defendant

10  RAMCON COMPANY, INC., a California Corporation that judgment in the above-entitled cause

11  be entered in favor of Plaintiffs against Defendant Ramcon Company, Inc. in the amount of

12
   $25,771.65, less sums paid pursuant to the Stipulation for Contingent Order of Dismissal entered
13
   herein.
14
15  IT IS SO STIPULATED.

16                                        Respectfully Submitted,

17  Dated: 9/5/2007                       NEYHART, ANDERSON, FLYNN & GROSBOLL

18
19  By: _____

20                                        SCOTT M. DeNARDO
                                          Attorney for Plaintiffs
21
22  Dated: _____                 RAMCON COMPANY, INC.

23
24  By: _____

25                                        MIKE SMITH

26
27
28
                                2                    Case No. C-07-0908 SI

[PROPOSED] ORDER:

IT IS HEREBY ORDERED that Judgment be entered in the above-entitled cause in favor of Plaintiffs against Defendant Rancom Company, Inc., a California Corporation in the sum of $25,771.65.

IT IS SO ORDERED.

Dated: _____    _____
                              U.S. District Court Judge

Case No. C-07-0908 SI
**STIPULATION FOR ENTRY OF JUDGMENT &**
**[PROPOSED] ORDER THEREON**

PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On December 4, 2007, I served the within:

**STIPULATION OF ENTRY OF JUDGMENT AND [PROPOSED] ORDER THEREON.**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

RAMCON COMPANY, INC.
1659 – C Industrial Road
San Carlos, CA 94070

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 4, 2007, at San Francisco, California.

Judy Dunworth

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

STIPULATION FOR ENTRY OF JUDGMENT
Case No. C-07-0908 SI